UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BARBARA JEAN LAWLEY,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　Defendant. | NO. CV-10-5105-JPH<br><br>**JUDGMENT IN A CIVIL CASE** |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The case is reversed and remanded pursuant to sentence four for further administrative proceedings. Defendant's Motion for Summary Judgment is **DENIED**.

DATED this 24th day of January, 2012.

　　　　　　　　　　　　　　　　　　JAMES R. LARSEN
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk


　　　　　　　　　　　　　　　　　　By:  s/Renea Ferrante
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

cc: all counsel